**Order entered November 17, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00633-CV

### DEBORAH UGWA AND GODSWILL N. UGWA, JR., Appellants

### V.

### GODSWILL UGWA, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-10-04258**

## ORDER

This case is set for submission on November 28, 2017, at 9:00 a.m. Kevin Buchanan, the court-appointed receiver, has filed a motion to participate in oral argument. The motion, reciting that the receiver and counsel for the appellee have agreed to share the twenty minutes allotted for appellee's argument, is **GRANTED**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE